1  HOWARD HOLDERNESS, State Bar No. 169814
   LORELEI A. CRAIG, State Bar No. 244104
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Third-Party Respondent
   PADMASREE WARRIOR
6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JOE M. GROUSSMAN, ET AL.,            Misc. Case No.

12              Plaintiff,               and

13      vs.                              Case No. 1:10-CV-0091 (pending in the United
                                         States District Court for the Northern District of
14  MOTOROLA, INC. ET AL.,               Illinois)
                Defendants.
15                                       STIPULATION AND [PROPOSED]
                                         ORDER SHORTENING TIME TO BRING
16                                       THIRD-PARTY PADMASREE
                                         WARRIOR'S MOTION FOR
17                                       PROTECTIVE ORDER

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, on February 10, 2010, Plaintiffs Joe M. Groussman and Angelo W.

2  Orlando ("Plaintiffs") brought suit under the Employer Retirement Income Security Act of 1974

3  ("ERISA") alleging, among other things, that Motorola, Inc. and certain individuals breached

4  their fiduciary duties with respect to the Motorola, Inc.'s 401K Plan ("Plan"), particularly with

5  regard to the Plan's investments in Motorola, Inc.'s common stock (the "Litigation");

6    WHEREAS; the Litigation, entitled Joe M. Groussman and Angelo W. Orlando v.

7  Motorola, Inc. et al., is pending in the United States District Court for the Northern District of

8  Illinois, Case No. 1:10-CV-0091;

9    WHEREAS, on October 28, 2011, Plaintiffs issued a subpoena for testimony on

10  December 16, 2011 and documents to a third-party, Padmasree Warrior ("Ms. Warrior"), a

11  resident in the Northern District of California, through this Court ("Subpoena");

12    WHEREAS, Ms. Warrior timely objected to the Subpoena on November 11, 2011,

13  by filing objections with this Court;

14    WHEREAS, counsel for Plaintiffs and counsel for Ms. Warrior engaged in meet

15  and confer efforts regarding the Subpoena, and while they could not reach a consensus with

16  regard to the scope of the Subpoena, they agreed to reschedule Ms. Warrior's deposition to

17  February 3, 2012;

18    WHEREAS, Ms. Warrior intends to move for a protective order under Rule 26(c)

19  of the Federal Rules of Civil Procedure to prohibit her deposition and, in the alternative, limit her

20  deposition on the grounds that when she was the Chief Technology Officer of Motorola, Inc.,

21  over four years ago, she had no involvement with either the administration of the Plan or its

22  assets, she is currently the Chief Technology Officer of Cisco Systems, Inc., and it is unduly

23  burdensome to depose her as the parties can readily obtain whatever information she may possess

24  from one another in the underlying litigation;

25    WHEREAS, counsel for Plaintiffs and counsel for Ms. Warrior have met and

26  conferred about the hearing date and briefing schedule for Ms. Warrior's motion for protective

27  order and, subject to the Court's approval, have agreed to modify the notice and briefing schedule

28  set forth in the Northern District of California Local Rules 7-2 and 7-3 to accommodate further

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

1   meet and confer efforts;

2           WHEREAS, Plaintiffs and Ms. Warrior consent to having Ms. Warrior's motion

3   for protective order heard by a magistrate judge;

4           NOW THEREFORE, Plaintiffs and Ms. Warrior agree and, through their

5   respective attorneys, STIPULATE AS FOLLOWS:

6           That Ms. Warrior's deadline to file and serve her motion for protective order is

7   Wednesday, January 4, 2012; that Plaintiffs' deadline to file and serve an opposition to Ms.

8   Warrior's motion for protective order is Wednesday, January 11, 2012; Ms. Warrior's deadline to

9   file and serve a reply is Wednesday, January 18, 2012; and the Parties are available for hearing, at

10  the Court's convenience, between January 19, 2012 and February 2, 2012.

11

12

13  Dated: December 28, 2011                    MORGAN, LEWIS & BOCKIUS LLP

14

15                                              By _____
                                                   Lorelei Craig
16                                                 Attorneys for Third-Party Respondent
                                                   Pasmasree Warrior
17

18

19  Dated: December 22, 2011                    SQUITIERI & FEARON, LLP

20

21                                              By _____  with permission
                                                   Joseph Goljan                    of counsel.
22                                                 Attorneys for Plaintiffs Joe M. Broussman
                                                   and Angelo W. Orlando
23

24                              **[PROPOSED] ORDER**

25          After consideration of the Parties' Stipulation and good cause having been shown,

26  THE COURT HEREBY ORDERS AS FOLLOWS:

27          That Ms. Warrior's deadline to file and serve her motion for protective order is

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO BRING THIRD-PARTY PADMASREE
WARRIOR'S MOTION FOR PROTECTIVE ORDER

1   Wednesday, January 4, 2012; that Plaintiffs' deadline to file and serve an opposition to Ms.

2   Warrior's motion for protective order is Wednesday, January 11, 2012; Ms. Warrior's deadline to

3   file and serve a reply is Wednesday, January 18, 2012; and Ms. Warrior's motion for protective

4   order shall be heard on _____.

5

6   Dated:

7
                                                    By _____
8                                                       UNITED STATES DISTRICT COURT
                                                        JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO BRING THIRD-PARTY PADMASREE
WARRIOR'S MOTION FOR PROTECTIVE ORDER

1

**PROOF OF SERVICE**

2

*Joe M. Grousmann, et al. v. Motorola, Inc. et al.*
United State District Court for the Northern District of California
Misc. Case No. _____
and Case No, 1:10-CV-0091
(Pending in the United States District Court for the Northern District of Illinois)

3

4

5          I am a resident of the State of California and over the age of eighteen years, and not a
party to the within action; my business address is One Market, Spear Street Tower, San

6     Francisco, CA 94105. On December 28, 2011,

7          I served the within documents:

8          • **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO**
             **BRING THIRD-PARTY PADMASREE WARRIOR'S MOTION FOR**

9             **PROTECTIVE ORDER**

10        ☒      by placing the document(s) listed above in a sealed envelope with postage thereon

11               fully prepaid, in the United States mail at San Francisco, California addressed as
                 set forth below.

12

13     *VIA USPS*                              *VIA USPS*

14
       Joseph Goljan                          Ian H. Morrison
15     Squitieri & Fearon, LLP                Ada W. Dolph
       32 East 57th Street                    SEYFARTH SHAW LLP
16     12th Floor                             131 South Dearborn Street, Suite 2400
       New York, New York 10022               Chicago, Illinois 60603
17

18          I am readily familiar with the firm's practice of collection and processing
       correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
19     Service on that same day with postage thereon fully prepaid in the ordinary course of business.

20          I declare under penalty of perjury under the laws of the State of California and the
21     United States of America that the foregoing is true and correct.

22          Executed on December 28, 2011, at San Francisco, California.

23

24

25                                                        _____
                                                                  Kristin Jerome
26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO