HOWARD HOLDERNESS, State Bar No. 169874
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Third-Party Respondent
PADMASREE WARRIOR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE M. GROUSSMAN, ET AL., | Misc. Case No. CV 11 80 307 MISC EMC |
| Plaintiff, | and |
| vs. | Case No. 1:10-CV-0091 (pending in the United States District Court for the Northern District of Illinois) |
| MOTOROLA, INC. ET AL., | |
| Defendants. | **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO BRING THIRD-PARTY PADMASREE WARRIOR'S MOTION FOR PROTECTIVE ORDER** |

|   |   |
|---|---|
| 1 | WHEREAS, on February 10, 2010, Plaintiffs Joe M. Groussman and Angelo W. |
| 2 | Orlando ("Plaintiffs") brought suit under the Employer Retirement Income Security Act of 1974 |
| 3 | ("ERISA") alleging, among other things, that Motorola, Inc. and certain individuals breached |
| 4 | their fiduciary duties with respect to the Motorola, Inc.'s 401K Plan ("Plan"), particularly with |
| 5 | regard to the Plan's investments in Motorola, Inc.'s common stock (the "Litigation"); |
| 6 | WHEREAS; the Litigation, entitled Joe M. Groussman and Angelo W. Orlando v. |
| 7 | Motorola, Inc. et al., is pending in the United States District Court for the Northern District of |
| 8 | Illinois, Case No. 1:10-CV-0091; |
| 9 | WHEREAS, on October 28, 2011, Plaintiffs issued a subpoena for testimony on |
| 10 | December 16, 2011 and documents to a third-party, Padmasree Warrior ("Ms. Warrior"), a |
| 11 | resident in the Northern District of California, through this Court ("Subpoena"); |
| 12 | WHEREAS, Ms. Warrior timely objected to the Subpoena on November 11, 2011, |
| 13 | by filing objections with this Court; |
| 14 | WHEREAS, counsel for Plaintiffs and counsel for Ms. Warrior engaged in meet |
| 15 | and confer efforts regarding the Subpoena, and while they could not reach a consensus with |
| 16 | regard to the scope of the Subpoena, they agreed to reschedule Ms. Warrior's deposition to |
| 17 | February 3, 2012; |
| 18 | WHEREAS, Ms. Warrior intends to move for a protective order under Rule 26(c) |
| 19 | of the Federal Rules of Civil Procedure to prohibit her deposition and, in the alternative, limit her |
| 20 | deposition on the grounds that when she was the Chief Technology Officer of Motorola, Inc., |
| 21 | over four years ago, she had no involvement with either the administration of the Plan or its |
| 22 | assets, she is currently the Chief Technology Officer of Cisco Systems, Inc., and it is unduly |
| 23 | burdensome to depose her as the parties can readily obtain whatever information she may possess |
| 24 | from one another in the underlying litigation; |
| 25 | WHEREAS, counsel for Plaintiffs and counsel for Ms. Warrior have met and |
| 26 | conferred about the hearing date and briefing schedule for Ms. Warrior's motion for protective |
| 27 | order and, subject to the Court's approval, have agreed to modify the notice and briefing schedule |
| 28 | set forth in the Northern District of California Local Rules 7-2 and 7-3 to accommodate further |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO BRING THIRD-PARTY PADMASREE WARRIOR'S MOTION FOR PROTECTIVE ORDER

1 meet and confer efforts;

2 WHEREAS, Plaintiffs and Ms. Warrior consent to having Ms. Warrior's motion for protective order heard by a magistrate judge;

4 NOW THEREFORE, Plaintiffs and Ms. Warrior agree and, through their respective attorneys, STIPULATE AS FOLLOWS:

6 That Ms. Warrior's deadline to file and serve her motion for protective order is Wednesday, January 4, 2012; that Plaintiffs' deadline to file and serve an opposition to Ms. Warrior's motion for protective order is Wednesday, January 11, 2012; Ms. Warrior's deadline to file and serve a reply is Wednesday, January 18, 2012; and the Parties are available for hearing, at the Court's convenience, between January 19, 2012 and February 2, 2012.

Dated: December 28, 2011

MORGAN, LEWIS & BOCKIUS LLP

By _____
Lorelei Craig
Attorneys for Third-Party Respondent
Pasmasree Warrior

Dated: December 22, 2011

SQUITIERI & FEARON, LLP

By _____  /LC
Joseph Goljan / With permission
Of Counsel.
Attorneys for Plaintiffs Joe M. Broussman
and Angelo W. Orlando

### [PROPOSED] ORDER

After consideration of the Parties' Stipulation and good cause having been shown, THE COURT HEREBY ORDERS AS FOLLOWS:

That Ms. Warrior's deadline to file and serve her motion for protective order is

Wednesday, January 4, 2012; that Plaintiffs' deadline to file and serve an opposition to Ms. Warrior's motion for protective order is Wednesday, January 11, 2012; Ms. Warrior's deadline to file and serve a reply is Wednesday, January 18, 2012; and Ms. Warrior's motion for protective order shall be ~~heard on~~ _____. set by the magistrate judge to be randomly assigned.

Dated: December 28, 2011

**IT IS SO ORDERED AS MODIFIED**

Judge Edward M. Chen

## PROOF OF SERVICE

*Joe M. Grousmann, et al. v. Motorola, Inc. et al.*
United State District Court for the Northern District of California
Misc. Case No. _____
and Case No, 1:10-CV-0091
(Pending in the United States District Court for the Northern District of Illinois)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105. On December 28, 2011,

I served the within documents:

- **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO BRING THIRD-PARTY PADMASREE WARRIOR'S MOTION FOR PROTECTIVE ORDER**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

*VIA USPS*                              *VIA USPS*

Joseph Goljan                           Ian H. Morrison
Squitieri & Fearon, LLP                 Ada W. Dolph
32 East 57th Street                     SEYFARTH SHAW LLP
12th Floor                              131 South Dearborn Street, Suite 2400
New York, New York 10022                Chicago, Illinois 60603

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 28, 2011, at San Francisco, California.

_____
Kristin Jerome

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20876330.1                          PROOF OF SERVICE